LABUDA v CHRYSLER CORPORATION. (Docket No. 57175.) Leave to appeal considered and, it appearing to this Court that the case of *Leskinen v Michigan Employment Security Commission* (Docket No. 56645) is presently pending on appeal before this Court and that the decision in that case may be decisive of an issue raised in the present application for leave to appeal, it is ordered that the present application be held in abeyance pending decision in *Leskinen v Michigan Employment Security Commission. Loria, Downing, Schneider & Simpson* for plaintiff-appellant. *Lacey & Jones* for defendant-appellee. Reported below: 61 Mich App 250.

PEOPLE v HOLBROOK. (Docket No. 57130.) Counsel for defendant-appellant having filed a motion for clarification and guidance, upon consideration thereof, it is ordered that the Court's order of September 9, 1975, *ante* p 752, be, and the same hereby is, affirmed, without prejudice to said counsel continuing to proceed with the appropriate appellate procedures and complying with said order when, and if, possible. State Appellate Defender for defendant-appellant. Reported below: 60 Mich App 628.

STATE BAR GRIEVANCE ADMINISTRATOR v SCHMIDT. (Docket No. 57386.) Leave to appeal denied. *Louis Rosenzweig* for plaintiff-appellee. *Hill, Lewis, Adams, Goodrich & Tait* for defendant-appellant. Case below, State Bar Grievance Board No. 32776-A, order of June 20, 1975.

## DECEMBER 9, 1975

STATE BAR GRIEVANCE ADMINISTRATOR v RYMAN. (Docket No. 56296.) The decision of this Court was entered in this appeal on May 27, 1975, 394 Mich 167. Final process, pursuant to GCR 1963, 866 was issued by the Clerk on June 23, 1975. The State Bar Grievance Administrator filed his bill of costs on August 6, 1975, claiming $71.25 as cost for printing his brief on appeal. By letter of August 14, 1975 the Clerk administratively taxed the Administrator's costs at $71.25. An amendment to the Administrator's bill of costs was filed on August 25, 1975 by the State Bar Grievance Administrator, in which an additional item of $558.42 cost for printing appendix was claimed. The Clerk of this Court has requested instructions with respect thereto. It hereby is ordered, pursuant to GCR 1963, 526.10(2) and 867.1, that the right to costs in this appeal has been waived by failure to present a bill of costs within the time limits prescribed by Rule